FILED
2014 Dec-15  AM 09:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

CARLOS PERDUE,                              )
                                            )
        Plaintiff ,                        )
                                            )
v.                                          ) Case No. 7:13-cv-00727-MHH-TMP
                                            )
CO II KATRINA MOORE, et al.,                )
                                            )
        Defendants.                        )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 6, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted.  (Doc. 7).   The plaintiff has not filed objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.   Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted.   A Final Judgment will be entered.

**DONE** and **ORDERED** this December 15, 2014.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE